IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ERIC DUSTIN, JOHNSON,<br><br>                    Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:18 CR-575 D S<br><br>District Judge David Sam |

    This matter is before the Court on Defendant Eric Johnson's pro se Motion for Early Termination of Supervised Release. The government has not responded to the Motion, but the court received a response from United States Probation. For the reasons discussed below, the Court will deny the Motion.

    Defendant has been successful on supervision during this term which began on December 6, 2022, after he served a four-month sentence for violating his supervised release. Consultation with Defendant's supervising officer confirms that defendant has done well while on supervision. The court commends defendant for successfully completing the substance abuse programming at Valley Behavioral Health and for utilizing the tools he learned there. In short, Mr. Johnson's progress in his employment and personal relationships is commendable; however, due to several instances of violence in his criminal history and other problems while on supervised released relating to three prior federal indictments, the court believes the community and the defendant will be best served by the defendant completing the remaining 5 months of supervised release. Defendant currently has few restrictions on him due to his successful progress and the court hopes he will continue to progress during the remaining term of supervised released.

Accordingly, defendant's motion for early termination is denied and he is ordered to serve the remaining 5 months on supervised release.

It is SO ORDERED.

DATED this 8th day of July, 2024.

BY THE COURT:

DAVID SAM
 Senior Judge
 United States District Court